FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2019

SEAN F. McAVOY, CLERK

1
2
3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

4

TAYLOR GLIDEWELL,

No.    2:19-cv-00191-SMJ

5

Plaintiff,

6

**ORDER DISMISSING CASE**

v.

7

CAVALRY SPV I LLC, a Delaware
limited liability company,

8

9

Defendant.

10
11
12

On September 24, 2019, the parties filed a stipulated dismissal, ECF No. 6. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

13
14

1.    The parties' Stipulated Motion for Dismissal with Prejudice, **ECF No. 6**, is **GRANTED**.

15
16

2.    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

17

3.    All pending motions are **DENIED AS MOOT**.

18
19

4.    All hearings and other deadlines are **STRICKEN**.

20

5.    The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE - 1

1    **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

2    provide copies to all counsel.

3        **DATED** this 26th day of September 2019.

4    _____
     SALVADOR MENDOZA, JR.

5    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER DISMISSING CASE - 2